P. Dustin Bodaghi, Bar No. 271501
dbodaghi@littler.com
Miko Sargizian, Bar No. 285976
msargizian@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, California 92612
Telephone: 949.705.3000
Fax No.: 949.724.1201

Attorneys for Defendant
QWICK, INC.

Daniel S. Latter
danlatterlaw@gmail.com
Latter Law Group, APC
8383 Wilshire Blvd., Suite 830
Beverly Hills, CA 90211
Telephone: (323) 944-0611

Attorneys for Plaintiff
TIMOTHY JACOBS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY JACOBS,<br><br>            Plaintiff,<br><br>     v.<br><br>QWICK, INC., a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. 8:23-cv-02009-DOC-JDE<br><br>ASSIGNED TO THE HONORABLE DAVID O. CARTER<br><br>**NOTICE OF SETTLEMENT**<br><br>Trial Date: September 10, 2024 |

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

NOTICE OF SETTLEMENT

Pursuant to Local Rule 40-2, the undersigned hereby notify the Court that this case has settled for all intents and purposes. Counsel for the parties to this matter expect that a fully executed settlement agreement will be signed by the parties within the next 7-14 days. A draft settlement agreement has been thoroughly reviewed by counsel for each party, with a minor matter or two to be addressed before the settlement agreement is circulated for signature.

Dated:  January 2, 2024

LITTLER MENDELSON, P.C.

*s/ Miko Sargizian*
P. Dustin Bodaghi
Miko Sargizian

Attorneys for Defendant
QWICK, INC.

Dated:  January 2, 2024

LATTER LAW GROUP, APC

*s/ Daniel Latter*
Daniel S. Latter

Attorneys for Plaintiff
TIMOTHY JACOBS

4876-3439-7594.2 / 102248-1023

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA  92612
949.705.3000

2                     JOINT RULE 26(F) REPORT